**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 344 EAL 2022

           Respondent            :

                                  :   Petition for Allowance of Appeal

                                  :   from the Order of the Superior Court

           v.                       :

                                  :

WILLIAM DOBBS,                   :

           Petitioner            :

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 22nd day of March, 2023, the Petition for Allowance of Appeal is **DENIED**.